```
AARON D. FORD
  Attorney General
ANDREW C. NELSON, Bar No. 15971
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1227
E-mail:  acnelson@ag.nv.gov
```

*Attorneys for Defendant Kelly Belanger*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>          Plaintiff,<br><br>v.<br><br>BALLANGER, *et al.*,<br><br>          Defendants. | Case No. 3:22-cv-00072-RCJ-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Plaintiff, Lausteveion Johnson, in *pro se*, and all Defendants named in this case, by through counsel, Aaron D. Ford, Nevada Attorney General, and Andrew C. Nelson, Deputy Attorney General, hereby stipulate that above-captioned matter should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this __5__ day of October, 2023.                    DATED this 5th day of October, 2023.

                                                                                       */s/Andrew C. Nelson*
LAUSTEVEION JOHNSON                                   ANDREW C. NELSON, Bar No. 15971
*Plaintiff, pro se*                                                     Deputy Attorney General
                                                                                       *Attorney for the Defendants*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: __November 16, 2023__

Page 1